[DO NOT PUBLISH]

# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 25-11692

Non-Argument Calendar

_____

BSFR I OWNER I L.P.,

Plaintiff-Appellee,

*versus*

ANTONIO SHELTON,

Defendant,

QUNESHIA RAWLS,
& all other occupants,

Defendant-Appellant.

2                           Opinion of the Court                           25-11692

_____

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:25-cv-02343-AT

_____

Before JORDAN, LUCK, and KIDD, Circuit Judges.

PER CURIAM:

This appeal is DISMISSED, *sua sponte*, for lack of jurisdiction. Quneshia Rawls, *pro se*, filed a notice of appeal that appears to seek review of the district court's April 30, 2025, order remanding the case to Georgia state court. Because the order remanded the case for lack of federal subject matter jurisdiction, it is unreviewable on appeal. *See* 28 U.S.C. § 1447(c)-(d); *New v. Sports & Recreation, Inc.*, 114 F.3d 1092, 1095-96 (11th Cir. 1997) (concluding that a remand order based on lack of subject matter jurisdiction is unreviewable even when "clearly erroneous"); *Kircher v. Putnam Funds Tr.*, 547 U.S. 633, 641-42 (2006) (noting that a remand order pursuant to 28 U.S.C. § 1447(c) is unreviewable "no matter how plain the legal error in ordering the remand"). Further, the notice of removal did not cite 28 U.S.C. §§ 1442 or 1443 as a basis for removal.